```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/22/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARRICO,

                 **Plaintiff,**

-against-

DUO WEN, INC.,

                 **Defendant.**

**23-cv-00927-ALC**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' pre-motion conference letters related to Defendant's anticipated motion to dismiss. ECF Nos. 19, 22. Defendant's request for a pre-motion conference is **DENIED**. Defendant is hereby **GRANTED** leave to move to dismiss Plaintiff's Complaint. The parties are directed to adhere to the following briefing schedule:

    **Opening Brief:**    September 11, 2023

    **Opposition:**    October 10, 2023

    **Reply:**    November 24, 2023

    If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **August 25, 2023.**

**SO ORDERED.**

**Dated:**    **August 22, 2023**
        New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**