```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/22/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CARRICO,

                      **Plaintiff,**

           -against-                              23-cv-00927-ALC

DUO WEN, INC.,                           **ORDER**

                      **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby revises the briefing schedule set in its order at ECF No. 23. The parties are directed to adhere to the following briefing schedule:

    **Opening Brief:**    September 11, 2023

    **Opposition:**    October 10, 2023

    **Reply:**    October 24, 2023

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **August 25, 2023.**

**SO ORDERED.**

**Dated:**    **August 22, 2023**
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**