大成 DENTONS

Rebecca Stark
Associate

Rebecca.stark@dentons.com
D  +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

September 19, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024
```

Granted.

SO ORDERED:

9/20/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Carrico v. Duo Wen, Inc.*, Case No. 1:23-cv-00927-ALC

Dear Judge Carter:

We represent Defendant Duo Wen, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from September 19, 2024 to November 4, 2024. Accordingly, we also request that the Court adjourn sine die the Initial Pretrial Conference scheduled for September 25, 2024 at 10:00 a.m. (Dkt #42).

The parties have conferred, and they have agreed on the principal terms to resolve this matter. This requested stay will permit the parties to finalize said agreement and bring about the voluntary dismissal of all claims asserted int his action without further litigation.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)