大成 DENTONS

Rebecca Stark
Associate

Rebecca.stark@dentons.com
D  +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

November 4, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2024

Granted.

SO ORDERED:

11/05/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

The Honorable ~~Andrew L. Carter, Jr.~~ Robert W. Lehrburger
United States ~~District Judge~~ Magistrate Judge
Southern District of New York
~~40 Foley Square~~ 500 Pearl St.
New York, New York 10007

Re:     *Carrico v. Duo Wen, Inc.*, Case No. 1:23-cv-00927-ALC

Judge Lehrburger:

Dear ~~Judge Carter:~~

We represent Defendant Duo Wen, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to extend the stay of all case deadlines in this action for thirty (30) days, from November 4, 2024 to December 4, 2024.

The parties are finalizing their agreement to bring about the voluntary dismissal of all claims asserted in this action without further litigation, and they expect that said dismissal will be filed no later than December 4, 2024.

Respectfully submitted,

/s/ Rebecca A. Stark
Rebecca A. Stark

cc:     All counsel of record (by ECF)

Sirote ▶ Adepetun Caxton-Martins Agbor & Segun ▶ Davis Brown ▶ East African Law Chambers ▶ Eric Silwamba, Jalasi and Linyama ▶ Durham Jones & Pinegar ▶ LEAD Advogados ▶ Rattagan Macchiavello Arocena ▶ Jiménez de Aréchaga, Viana & Brause ▶ Lee International ▶ Kensington Swan ▶ Bingham Greenebaum ▶ Cohen & Grigsby ▶ Sayarh & Menjra ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms